PROB 12C
(7/93)

# United States District Court
## for the
## Southern District of West Virginia
### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric Malik Smith | Case Number: 3:23CR00156 |

Sentencing Judge:   The Honorable Robert C. Chambers, United States District Judge

Date of Original Sentence:   August 19, 2024

Original Offense:   18 U.S.C. § 924(a)(1)(A) and 18 U.S.C. § 2, Aiding and abetting making false statements and representations in the acquisition of firearms

Original Sentence:   15 months of imprisonment followed by 3 years of supervised release

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | December 6, 2024 |
| Asst. U.S. Attorney: | Courtney Finney | Defense Attorney: | Abraham Saad |

---

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of mandatory condition number one: You must not commit another federal, state, or local crime.** |
| | On October 27, 2025, criminal complaint number 1:25MJ00256 was filed in the United States District Court for the District of Columbia, charging the defendant with unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1). On October 29, 2025, Mr. Smith appeared for an initial appearance on the pending charge and was granted bond with pretrial supervision in the District of Columbia United States District Court. |
| | According to the complaint, on October 27, 2025, Federal Law Enforcement Task Force, including officers of the Metropolitan Police Department, Washington, D.C., pulled over a vehicle for expired tags. Two occupants were identified inside the vehicle, with the driver being identified as Erik Malik Smith. Mr. Smith initially identified himself by a false name and date of birth. |

Prob 12C  
Re: Eric Malik Smith  
DOCKET NO. 3:23CR00156  

Petition for Warrant or Summons  
For Offender Under Supervision  

Officers observed a half empty bottle of alcohol in the in the back seat of the vehicle and it was reported to be within reach of Mr. Smith. Officers later confirmed the bottle was unsealed and contained alcohol. During a search of the vehicle, officers recovered a Ruger Model 57 pistol under the driver's seat, loaded with 20 rounds of 5.7x28mm ammunition with one round of ammunition in the chamber. The serial number of this firearm was obliterated.

Law enforcement officers also discovered a backpack located in the floorboard of the front passenger seat containing three pill bottles with fifty-eight pills. Thirteen of the pills contained the stamp "K 56", which was identified as oxycodone hydrochloride. Forty-five of the accounted pills were stamped "M523/10/325", which was identified as acetaminophen and oxycodone hydrochloride. While on the scene, Mr. Smith indicated the backpack containing the pills was his property and not the passenger's. Upon observation, the pill bottles were labeled with the false alias that Mr. Smith provided upon the traffic stop.

2. **Violation of standard condition number two: You must not unlawfully possess a controlled substance.**

   On July 7, 2025, Mr. Smith submitted a urine specimen that was positive for marijuana. This urinalysis was confirmed position by the national testing laboratory. Mr. Smith completed a voluntary admission form admitting the use of marijuana.

3. **Violation of standard condition number three: You must refrain from any unlawful use on a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two period drug tests thereafter, as determined by the court.**

   The probation officer reasserts the conduct outlined in Violation Number Two.

4. **Violation of standard condition number ten: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

   The probation officer reasserts the conduct outlined in Violation Number One.

Prob 12C  
Re: Eric Malik Smith  
DOCKET NO. 3:23CR00156

Petition for Warrant or Summons  
For Offender Under Supervision

U.S. Probation Officer Recommendation:

The term of supervision should be:

- ☒ Revoked
- ☐ Extended for ____ year(s), for a total term of ____ years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Whitney R. Brame*

Whitney Brame  
United States Probation Officer  
October 30, 2025

THE PROBATION OFFICER RESPECTFULLY REQUESTS THE PETITION AND WARRANT BE SEALED PENDING EXECUTION.

THE COURT ORDERS

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☒ The Issuance of a Warrant. The Petition and Warrant be SEALED until the defendant is arrested. No further order shall be needed to unseal same once the offender has been arrested. A copy of this Order to be sent to the U.S. Probation Office, U.S. Attorney's Office, and the U.S. Marshals Service.
- ☐ The Issuance of a Summons
- ☐ Other

The Honorable Robert C. Chambers  
United States District Judge

Date 10/30/25

3